**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6289**

ANTHONY RAY THOMPSON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; BRUCE C. MORRIS;
SANDRA L. COMBS; WINNIE R. DIXON; JOSEPH F.
LEWIS; LINDA R. PITMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-96-162-R)

Submitted: September 20, 1996     Decided: October 1, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Ray Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thompson v. Virginia</u>, No. CA-96-162-R (W.D. Va. Feb. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2